IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, | No. C 13-865 MMC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| JOSE AMAYA, et al., | |
| Defendants. | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to GMAC Mortgage, LLC v. Amaya, et al., No. C. 12-5028 YGR.

**IT IS SO ORDERED.**

Dated: March 11, 2013

MAXINE M. CHESNEY
United States District Judge